■ KARL DAVIS, Respondent, v JOSEPH DEL GATTO et al., Appellants, et al., Defendants. [717 NYS2d 536] —Order, Supreme Court, New York County (Louise Gruner Gans, J.), entered April 3, 2000, unanimously affirmed for the reasons stated by Gruner Gans, J., without costs or disbursements. No opinion. Concur—Sullivan, P. J., Rosenberger, Williams, Ellerin and Andrias, JJ.